■ In the Matter of JESSICA A.H., Respondent, v ROBERT C.H., JR., Appellant. [739 NYS2d 308] —Appeal from an order of Family Court, Herkimer County (LaRaia, J.), entered September 21, 2000, which, inter alia, dismissed the petition, in a proceeding pursuant to Family Court Act article 6, for joint custody of the parties' children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Herkimer County, LaRaia, J. Present—Pine, J.P., Wisner, Scudder, Burns and Gorski, JJ.